## COLLIER vs. COLLIER.

HELD—That where the plaintiff excepted to a decision arresting his judgment, and had taken his exceptions and had them filed, and then "in open court said he would go no further in said suit, and objected to the continuance on the docket"—this was a voluntary nol. pros. or retraxit, and he could not bring error.